No. 6900.

SIMON SEISS VS. DAVID SEISS.

Great latitude is allowed under our system of pleading, but it cannot be enlarged so as to permit a demand for the settlement of a commercial partnership, to be joined with one for the partition of immovable and movable property, in no manner connected with the partnership, or forming part of its effects.

APPEAL from the District Court for Avoyelles.

*Irion & Thorpe* for Plaintiff. *Edwards, Joffrion,* and *Barbin* for Defendant Appellant.

The suit is between brothers, in which claims and counter-claims were acrimoniously preferred, and resulted in a judgment below of $135.20 for plaintiff, which the court refused to disturb, saying, *il faut laver votre linge sale en famille.*

MANNING, C. J., delivered the opinion.

No. 7176.

STATE EX REL. MASON ET AL. VS. THE JUDGE OF THE SECOND DISTRICT COURT.

Art. 594 Code of Practice refers to perfected appeals, that is, cases in which the order has been obtained, the bond given, and the appellee cited, when it treats of abandoned appeals. Art. 595 provides for appeals not perfected when it treats of the withdrawal and renewal of appeals. In cases of perfected appeals, the appeal cannot be withdrawn. *Aliter* in appeals not perfected.

FOR a *mandamus.*

*Simeon Belden* for Relator.

MARR, J., delivered the opinion, ordering a temporary *mandamus.*